# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dr. Michael L. Overton, J.D., Ph.D.

**Plaintiff,**

**V.**

Gavin Newsome, State of California, Gov.; Board of Prison Hrg.; Hd-Comm; Soc-Security Office; Hd- Administrator & payment office; Veterans- Doe et. al.

**Defendant.**

**Civil Action No.** 26-cv-6145-WQH-GC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff leave to proceed IFP pursuant to 28 U.S.C. § 1915(g) (ECF No. 2); DISMISSES this civil action without prejudice based on Plaintiff's failure to pay the full $405 civil filing fee required by 28 U.S.C. § 1914(a); and CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). This case is hereby closed.

**Date:** 11/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy